UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

Robert Genovese

           Plaintiff(s),

    -against-

The Long Island Railroad Co.

           Defendant(s).
----------------------------------------x

ORDER OF DISCONTINUANCE

08 Civ. 3191 ( )(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

    It having been reported to this Court that the above entitled action has been settled, ~~and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby~~ it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               November 13, 2009

                                                         _____
                                                         FRANK MAAS
                                                United States Magistrate Judge

_____                       _____
Attorney(s) for Plaintiff                       Attorney(s) for Defendant
Fredric M. Gold, Esq.                        Karla Renee Alston
                                                        LIRR Co.

Agreed and Consented to:                   Agreed and Consented to: